[No. 73740-6-I.   Division One.   November 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON TYLER GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-02188-1, George F.B. Appel, J., entered July 20, 2015. *Affirmed in part, reversed in part, and remanded with instructions* by unpublished opinion per Dwyer, J., concurred in by Becker and Schindler, JJ.

[No. 73757-1-I.   Division One.   November 21, 2016.]

SIMCHA SHOVAL, *Appellant*, v. VALET PARKING SYSTEMS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-22234-5, Samuel Chung, J., entered July 22, 2015. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J., and Dwyer, J.

[No. 73914-0-I.   Division One.   November 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID DARRELL SYKES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-00359-0, Carol A. Schapira, J., entered August 20, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Becker and Trickey, JJ.

[No. 74044-0-I.   Division One.   November 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY JOSEPH WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00412-3, Anita L. Farris, J., entered September 23, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman and Mann, JJ.